41 A.3d 1280

**In re Nomination Papers of Gloria CARLINEO as a Republican Candidate for State Representative in the 29th District.**

**Appeal of Gloria Carlineo.**

Supreme Court of Pennsylvania.

April 12, 2012.

## ORDER

PER CURIAM.

AND NOW, this 12th day of April, 2012, the Order of the Commonwealth Court is **AFFIRMED IN PART, VACATED IN PART, AND REMANDED.** The portion of the Order setting aside Appellant's nomination petition and removing her name from the Republican primary ballot is **AFFIRMED.** The portion of the Order directing Appellant to bear the cost of the court stenographer is **VACATED AND REMANDED,** with directions to the Commonwealth Court to reconsider its

holding in light of this Court's decision *In re Farnese,* 609 Pa. 543, 17 A.3d 357 (2011). Jurisdiction relinquished.